# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

─────────

No. 14-20720
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

October 22, 2015

Lyle W. Cayce
Clerk

─────────

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

MARGARITA ZAMORA-CUIDAS, also known as Marina Cubides Zamora, also known as Margarita Molina, also known as Maricela Diaz Donlucas, also known as Maricela Donlucas-Diaz, also known as Margarita Zamora Cuidas, also known as Ana Orozco, also known as Carmen Castro, also known as Marina Zamora,

Defendant-Appellant

─────────────────

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:14-CR-284-1

─────────────────

Before HIGGINBOTHAM, DENNIS, and HIGGINSON, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Margarita Zamora-Cuidas has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632

─────────

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 14-20720

F.3d 229 (5th Cir. 2011). Zamora-Cuidas has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.